IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARCUS GRIGGS, individually, and on behalf of the Estate of CORENE GRIGGS, deceased, | * |
| | * |
| Plaintiff, | Case No.   7:23-cv-111 (LAG) |
| v. | * |
| LIFE CARE CENTERS OF AMERICA, INC. d/b/a CAMELLIA GARDENS OF LIFE CARE, | * |
| | * |
| Defendant. | |

## JUDGMENT

Pursuant to this Court's Order dated September 27, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Thomas County, Georgia.

This 27th day of September, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk